DARIN L. POWELL, Bar No. 223946
MITCHELL & POWELL
2208 W. Sunnyside, Ste. A
Visalia, California 93277
Telephone: 559. 733-9898
dlpowell@gmail.com

Attorneys for Plaintiff
CYNTHIA BARRIENTOS

JOHN M. SKONBERG, Bar No. 069409
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108-2693
Telephone: 415.433.1940

JASON H. BORCHERS, Bar No. 199120
STEVEN M. CRASS, Bar No. 209873
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
jborchers@litter.com
scrass@littler.com

Attorneys for Defendant
LAND O' LAKES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIENTOS, individually,<br><br>         Plaintiff,<br><br>    v.<br><br>LAND O' LAKES, and DOES 1 through 20, inclusive, etc., et al.<br><br>         Defendant. | Case No. 1:09-CV-01340-LJO-DLB<br><br>**STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE AND TO CONTINUE THE SETTLEMENT CONFERENCE DATE** |

///

///

///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Case No. 1:09-CV-01340-LJO-DLB
STIPULATION & ORDER RE: CONTINUATION
OF MEDIATION & SETTLEMENT CONF. DATE

1    The parties, through their respective counsel, requests this case be referred to the Court's Voluntary Dispute Resolution Program pursuant to LR 16-271 and 83-143.

1. On April 27, 2009, Plaintiff CYNTHIA BARRIENTOS filed a civil action United States District Court, Eastern District of California.

2. Pursuant to the Joint Conference Statement the parties agreed to engage in mediation prior to the settlement conference.

3. On October 15, 2009, the Court ordered a Settlement Conference to be held on February 3, 2010 at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

4. Pursuant to local rule 16-271 the parties agree to submit the action to the Voluntary Dispute Resolution Program. If possible, the parties would like to mediate this matter in February 2010.

5. The parties request that the Court ordered Settlement Conference be continued until March 3, 2010 at 10:00 in Courtroom 9 before Honorable Dennis L. Beck, U.S. Magistrate Judge in order to allow the parties to mediate the matter through the Voluntary Dispute Resolution Program.

6. Therefore, the parties hereby stipulate to and request that the Court submit this matter to the Court's Voluntary Dispute Resolution Program, continue the Settlement Conference until March 3, 2010 at 10:00 a.m. and hereby request that the Court shall so order.

///
///
///
///
///
///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Case No. 1:09-CV-01340-LJO-DLB
STIPULATION & ORDER RE: CONTINUATION
OF MEDIATION & SETTLEMENT CONF. DATE

2.

7. The other Court ordered deadlines shall remain as previously ordered.

Respectfully submitted,

Dated: December ___, 2009

/s/
DARIN L. POWELL
MITCHELL & POWELL
Attorneys for Plaintiff
CYNTHIA BARRIENTOS

Dated: December ___, 2009

/s/
JASON H. BORCHERS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LAND O' LAKES, INC.

Pursuant to Stipulation.

IT IS SO ORDERED.

Dated:   **December 18, 2009**        /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Case No. 1:09-CV-01340-LJO-DLB
STIPULATION & ORDER RE: CONTINUATION
OF MEDIATION & SETTLEMENT CONF. DATE

3.