**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA BARRIENTOS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LAND O'LAKES,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1340 LJO SKO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE PRETRIAL STATEMENT** |

　　　　A pretrial conference is set for June 1, 2010. This Court's Local Rule 281(a)(2) requires parties to file a joint pretrial statement no less than seven days before the pretrial conference. Pro se plaintiff Cynthia Barreintos ("Ms. Barrientos") has failed to file a separate or joint pretrial statement and, according to defense counsel, has failed to cooperate with regards to a pretrial statement. As such, this Court ORDERS Ms. Barrientos, no later than May 28, 2010, to file and serve papers to show cause why her action should not be dismissed for her disobedience of Local Rule 281(a)(2) and requirements to file a pretrial statement. **This Court ADMONISHES Ms. Barrientos that her failure to comply with this order and to file papers to show cause why her action should not be dismissed will serve as further grounds to dismiss this action.**

　　　　IT IS SO ORDERED.

Dated: 　May 25, 2010　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1