IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIENTOS,<br><br>             Plaintiff,<br><br>      vs.<br><br>LAND O'LAKES,<br><br>             Defendant.<br>_____/ | CASE NO. CV F 09-1340 LJO SKO<br><br>**ORDER TO RESET PRETRIAL CONFERENCE**<br><br>DATE:     June 2, 3010<br>TIME:     8:45 a.m.<br>DEPT.:    4 (LJO) |

This Court set a June 1, 2010 pretrial conference. This Court did not conduct the pretrial conference given that pro se plaintiff Cynthia Barrientos ("Ms. Barrientos") failed to file a separate or joint pretrial statement. On June 1, 2010, Ms. Barreintos represented that she would know no later than the afternoon of June 1, 2010 whether counsel would represent her. As such, this Court:

1. RESETS the pretrial conference for June 2, 2010 at 8:45 a.m. in Department 4 (LJO);

2. ORDERS Ms. Barrientos' counsel to appear at the pretrial conference in person; and

3. **ADMONISHES Ms. Barrientos that her or her counsel's failure to comply with this order and to demonstrate ability to prosecute meaningfully this action will serve as further grounds to dismiss this action.**

IT IS SO ORDERED.

**Dated:   June 1, 2010**                               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1