UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIENTOS, | CASE NO. CV F 09-1340 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| LAND O' LAKES, | |
| Defendant. | |

Settlement has been reached, and settlement terms were placed on the record on June 2, 2010. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 5, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the July 26, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   June 2, 2010**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE