# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIENTOS, | CASE NO. CV F 09-1340 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 41.) |
| LAND O' LAKES, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the July 26, 2010 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 24, 2010**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE